IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| HASSON TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:09-cv-0287-MEF |
| | ) |
| I.C. SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

On April 6, 2009, the Bankruptcy Judge filed a Recommendation (Doc. #1-10) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The defendant's motion for summary judgment is GRANTED and plaintiff's cross-motion for summary judgment is DENIED as to both counts of this adversary proceeding.

DONE this the 17th day of April, 2009.

                                               /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE